Imran F. Vakil, Esq. (Bar No. 248859)
    ivakil@nexiolaw.com
**NEXIO, PC**
245 Fischer Avenue
Suite C3
Costa Mesa, CA 92626
Phone:     (949) 478-6830
Facsimile: (949) 478-1275
*Attorneys for Plaintiffs,*
*Sream, Inc. and RooR International BV*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, a California corporation; and ROOR INTERNATIONAL BV, a Foreign Corporation<br><br>        Plaintiffs,<br><br>v.<br><br>ANDY'S SMOKE SHOP, INC, *et al.*,<br><br>        Defendants. | Case No. 3:18-cv-01676-MMA-RBB<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR DEFAULT JUDGEMENT**<br><br>Date:       October 22, 2018<br>Time:      2:30 pm<br>Court:      221 West Broadway<br>               San Diego, CA 9210<br>               Courtroom 3D<br>Judge:     Hon. Michael M. Anello |

**REQUEST TO APPEAR TELEPHONICALLY**

TO THE COURT AND THE HONORABLE MICHAEL M. ANELLO:

    Imran F. Vakil, hereby requests permission to appear telephonically at Plaintiffs' Motion For Default Judgement against Andy's Smoke Shop, Inc. currently set for October 22, 2018 at 2:30 p.m. in Courtroom 3D before the Honorable Michael M. Anello.

    Imran F. Vakil will be appearing on Plaintiffs' behalf and can be reached directly at (949) 478-6830.

Dated: September 25, 2018        **NEXIO, PC**

                              By:  /s/ Imran F. Vakil /
                                    Imran F. Vakil
                                  *Attorneys for Plaintiffs,*
                                  *Sream, Inc. and RooR International BV*

# ORDER

Having considered and reviewed Imran F. Vakil's request to appear telephonically, IT IS SO ORDERED.

IT IS SO ORDERED.

DATED:

_____
Hon. Michael M. Anello
United States District Court Judge

**ORDER RE REQUEST TO APPEAR TELEPHONICALLY**