

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sream, Inc, a California corporation; RooR International BV, a Foreign Corporation <br><br> **Plaintiff,** <br> V. <br><br> Andy's Smoke Shop, Inc; Does 1-10, inclusive <br><br> **Defendant.** | Civil Action No. 18cv1676-MMA(RBB) <br><br> **DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants in part Plaintiffs' motion for default judgment against Defendant Andy's Smoke Shop, Inc. The Court directs the Clerk of Court to enter judgment against Defendant, and in favor of Plaintiffs in the total amount of $25,400.00 (comprising of statutory damages of $25,000.00 and costs of $400.00).

It is hereby ordered, adjudged, and decreed that Defendant Andy's Smoke Shop, Inc., and its agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all other persons acting in concern of participation with Defendant Andy's Smoke Shop are permanently restrained and enjoined from infringing upon the RooR Marks (United States Trademark Registration Nos. 3.675.839, 2.307.176, and 2.235.638) directly or contributorily, in any manner, including:

(a) import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit RooR product identified in the Complaint and any other unauthorized RooR product, counterfeit, copy or colorful imitation thereof;

(b) assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraph (a) above.

Date: 10/23/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ R. Chapman

R. Chapman, Deputy